**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No.  07-cv-00923-LTB-MJW

VIDEO PROFESSOR, INC., a Colorado corporation,

        Plaintiff,

v.

ACADEMY MARKING INTERNATIONAL, INC., a Florida corporation;
RYAN D. KIEL, an individual d/b/a QUICK CLICK TRAINING, and
QUICKCLICKTRAINING.COM,

        Defendants.
_____

**MINUTE ORDER**
_____
BY ORDER OF CHIEF JUDGE LEWIS T. BABCOCK


     The Second Stipulated Motion for Extension of Time for Defendant Kiel to Answer Complaint (Doc 12 - filed June 22, 2007) is **GRANTED up to and including July 25, 2007**.



Dated:  June 25, 2007
_____