**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00923-LTB-MJW

VIDEO PROFESSOR, INC., a Colorado corporation,

       Plaintiff,

v.

ACADEMY MARKETING INTERNATIONAL, INC., a Florida corporation,
RYAN D. KIEL, an individual d/b/a QUICK CLICK TRAINING, and
QUICKCLICKTRAINING.COM,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Dismissal

Without Prejudice of Defendant Academy Marketing International, Inc. (Doc 11 - filed June

22, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to**

**Defendant Academy Marketing International, Inc. ,** each party to pay their own fees and

costs.

       BY THE COURT:


         s/Lewis T. Babcock        
       Lewis T. Babcock, Judge

DATED:   June 26, 2007