**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-00923-LTB-MJW

VIDEO PROFESSOR, INC., a Colorado corporation,

       Plaintiff,

v.

ACADEMY MARKETING INTERNATIONAL, INC., a Florida corporation,
RYAN D. KIEL, an individual d/b/a QUICK CLICK TRAINING, and
QUICKCLICKTRAINING.COM,

       Defendants.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 16 - filed July 25, 2007), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE, as to Defendants Ryan D. Kiel, an individual d/b/a Quick Click Training and Quickclicktraining.com**, each party to pay their own fees and costs.  Academy Marketing International, Inc., was previously dismissed by Order of this Court on June 26, 2007.

                              BY THE COURT:

                                  s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   July 30, 2007